**Jeffrey Alan TAYLOR, Plaintiff–Appellant,**

v.

**Robert Hardin DEADERICK, Jr.; John Calvert Bowers; Virginia State Bar, Defendants–Appellees.**

No. 01–8089.

United States Court of Appeals, Fourth Circuit.

Submitted April 25, 2002.

Decided May 2, 2002.

Jeffrey Alan Taylor, Appellant Pro Se.

Before WILLIAMS and KING, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Dismissed by unpublished PER CURIAM opinion.

PER CURIAM.

Jeffrey Alan Taylor, a Virginia inmate, appeals the district court's order denying relief on his 42 U.S.C.A. § 1983 (West Supp.2001) complaint under 28 U.S.C.A. § 1915A (West Supp.2001). We have reviewed the record and the district court's opinion and find that this appeal is frivolous. Accordingly, we dismiss the appeal on the reasoning of the district court. *Taylor v. Deaderick*, No. CA–01–629 (E.D.Va. Nov. 15, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*